### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-80** |
| **v.** | * | **SECTION "I"** |
| **MARVEL FRANCOIS** | * | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

**NOW INTO COURT**, through undersigned counsel comes the defendant herein who respectfully requests that the Court continue the sentencing hearing set on December 14, 2022, at 2:00 p.m. In support of this motion, counsel submits the following:

United States Probation, and counsel for the defendant are requesting additional time to resolve issues related to sentencing. Counsel for the Government has been contacted and has indicated **no objection** to this motion.

**WHEREFORE**, the defendant respectfully requests that the sentencing hearing be continued for approximately 60 days.

Respectfully submitted:


_____/s/ Townsend M. Myers_____
TOWNSEND M. MYERS (#25193)
4907 Magazine St.
New Orleans, Louisiana 70115
(504) 571-9529
townsend@nolacriminallaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been filed electronically and has been served upon all counsel of record on this 7th day of December 2022, by electronic means.
.

_____/s/  Townsend M. Myers_____
Townsend M. Myers

1