UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 20-80 |
| MARVEL FRANCOIS | SECTION I |

### ORDER

Considering the defendant's unopposed motion[1] to continue sentencing in the above-captioned matter,

**IT IS ORDERED** that the motion is **GRANTED** and that the sentencing hearing for the above-captioned defendant is continued to **FEBRUARY 15, 2023 at 2:00 P.M.**

New Orleans, Louisiana, December 8, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 461.