UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 20-80 |
| MARVEL FRANCOIS | SECTION I |

### ORDER

Considering the defendant's unopposed motion[1] to continue sentencing in the above-captioned matter,

**IT IS ORDERED** that the motion is **GRANTED** and that the sentencing hearing for the above-captioned defendant is continued to **MARCH 22, 2023, at 2:00 P.M.**

New Orleans, Louisiana, February 13, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 525.