UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.   20-80 |
| VERSUS | SECTION "I" |
| MARVEL FRANCOIS | VIOLATION: 18 U.S.C. § 371 |

### RE-NOTICE OF SENTENCING

Take Notice that this criminal case has been reset for **SENTENCING** on **MARCH 22, 2023** at **2:00 P.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:   February 13, 2023 | CAROL MICHEL, CLERK |
| TO: | Issued by:   Bridget Gregory, Deputy Clerk |
| Marvel Francois       **(BOND)** | AUSA: Brian M. Klebba, Maria M. Carboni, Brandon Long, Edward J. Rivera |
| **Counsel for Marvel Francois:**<br>Townsend M. Myers<br>700 Camp Street, Suite 213<br>New Orleans, LA 70130<br>Email: townsendmyers@gmail.com | U.S. Marshal<br>U.S. Probation Office<br>U.S. Probation Office - Pretrial Services Unit<br><br>**JUDGE**<br><br>**MAGISTRATE** |
| **If you change address,<br>notify clerk of court<br>by phone, 589-7752** | COURT REPORTER COORDINATOR<br>INTERPRETER:   **NONE** |