**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                          **CRIMINAL ACTION**

**VERSUS**                                                        **No. 20-80**

**MARVEL FRANCOIS**                                         **SECTION I**

### ORDER

Considering the motion[1] to withdraw,

**IT IS ORDERED** that the motion is **GRANTED** and Townsend Myers is

**WITHDRAWN** as counsel of record for the above-captioned defendant.

New Orleans, Louisiana, July 18, 2023.

_____

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 658.