**Marvel Francois**
104 Zazoo Ct
Gibson, La 70356
(985) 381-4184
Marvelfrancois@gmail.com

RECEIVED
SEP 1 5 2025
CHAMBERS OF
U.S. DISTRICT JUDGE
LANCE M. AFRICK

9/11/2025

Dear Judge Lance Africk,

I, Marvel Francois, am writing to address a few concerns:

-Troy Smith: Early release and restitution not paid since sentencing.

-Florence Randall: Has not paid restitution.

-Due to mandatory loss of income in May, I have not been able to pay the requested $150.00 since June. I have paid $7,000 towards the $20,000; leaving a balance of $13,00.00.

-I am requesting Travel restriction be lifted so I can pursue a job utilizing my license as a CDL truck driver.

-I am requesting a court date to address the above concerns.

Sincerely,

*Marvel Francois*

**Marvel Francois**