UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 20-80 |
| v. | * | SECTION: "I" |
| MARVEL FRANCOIS | * | |

\* \* \*

### GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S REQUEST TO MODIFY TERMS OF PROBATION

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully submits this response to defendant Marvel Francois's ("Francois") Request to Modify the Terms of her Probation. Rec. Doc. 753.

Francois was sentenced to probation for a term of sixty (60) months on March 22, 2023, after her conviction for Conspiracy to Commit Mail Fraud in connection with her participation in a staged collision scheme. Rec. Doc. 591. Francois was also ordered to perform 100 hours of unpaid community service and to pay $20,654.48 in restitution at a rate of $150.00 a month. *Id.* The Government objects to defendant's request for the following reasons.

On September 15, 2025, Francois sent a letter to this Honorable Court requesting modification of her probation to lift her travel restriction so she can pursue a job utilizing her license as a CDL truck driver. Rec. Doc. 753. Francois stated that due to a loss of income in May 2025, she has not been able to pay the requested $150.00 monthly restitution payments since June 2025. *Id.*

On September 22, 2025, the undersigned Assistant U.S. Attorney contacted Francois's probation officer, U.S. Probation Officer Johnny Alexander ("Officer Alexander"), to discuss the defendant's request. Officer Alexander objects to Francois's request for modification of her

probation because U.S. Probation considers Francois to be in violation of her probation. Officer Alexander reports he is in the process of drafting a Petition for Warrant or Summons for Offender Under Supervision because Francois obtained a credit card and a loan without prior permission from Officer Alexander. In addition, Francois is more than 90 days behind in her restitution payments. Probation does not agree to Francois's request for a modification in this matter while she is currently in violation of her existing conditions of probation.

Accordingly, the Government objects to Francois's request to modify the terms of her probation.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY


/s/ *Brian M. Klebba*
BRIAN M. KLEBBA
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3079
E-Mail: brian.klebba@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that a copy has been sent by U.S. mail to defendant Marvel Francois, 104 Zazoo Ct., Gibson, Louisiana 70356.

/s/ *Brian M. Klebba*
BRIAN M. KLEBBA
Assistant United States Attorney