# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 20-80** |
| **v.** | * | **SECTION: "I"** |
| **MARVEL FRANCOIS** | * | |

\* \* \*

## RULE TO REVOKE PROBATION

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents the following:

### I.

On May 28, 2024, defendant, Marvel Francois **("Francois")**, entered a plea of guilty to Count 1 of the Indictment charging the defendant with Conspiracy to Commit Mail Fraud in violation of Title 18, United States Code, Section 371.

### II.

On March 22, 2023, **Francois** was sentenced to a probation term of sixty (60) months. A special assessment fee in the amount of $100.00 was also ordered. (Rec. Doc 591). **Francois's** sentence of probation included the following special conditions: 1) The defendant shall perform 100 hours of unpaid community service; 2) The defendant shall provide complete access to financial information; 3) The defendant shall not apply for no new lines of credit and incur no new debt; 4) The defendant shall pay restitution in the amount of $20,408.48, at a monthly rate of $150; and 5) The defendant shall submit to a mental health evaluation. *Id.*

### III.

On July 5, 2023, **Francois's** conditions of probation were amended to include restitution in the amount of $20.408.48, to be paid at a monthly rate of $150.00.

**IV.**

According to U.S. Probation, **Francois** violated the terms of her probation as follows:

Special Condition No. 3

> On September 18, 2025, a financial investigation was conducted into Ms. Francois's finances. The investigation and credit report revealed that Ms. Francois applied for and obtained multiple loans and credit cards without permission from U.S. Probation. Accounts opened while on probation include:

| Creditor | Date Opened | Amount |
|---|---|---|
| Security Finance Loan | September 14, 2023 | $1,294 |
| Security Finance Loan | January 9, 2024 | $1,393 |
| Security Finance Loan | August 5, 2024 | $1,393 |
| Security Finance Laon | February 3, 2025 | $1,393 |
| Comenity Bank (Buckle) | July 9, 2024 | $175 |
| First Premier Bank | August 21, 2024 | $700 |

> When questioned about the above-mentioned violations, Ms. Francois stated that she obtained the loans to post bail for her son who had been arrested and to pay household bills. She explained that she applied for credit cards to see if she would be approved and to access extra funds for living expenses. She also claimed she was unaware of the special condition which requires her to get permission from U.S. Probation before opening and/or applying for new lines of credit.

Special Condition No. 4

> Ms. Francois has failed to pay monthly restitution payments in the amount $150. She failed to make payments for the months of May 2025; July 2025; July 2025, and August 2025. To date, Ms. Francois has paid $7,684.36 towards her restitution and has arrearage of $400. The outstanding restitution balance of $12,824.12. Her payments were previously satisfied through garnishment of her Social Security Survivor benefit. The benefit ended in April 2025 when it was transferred to her minor daughter.

> On April 24, 2025, Ms. Francois obtained part-time employment at Olive Garden Restaurant as a food preparation worker, earning an estimated monthly income of $1,625. In addition to this employment, she receives $488 in monthly child support, bringing her total monthly income to $2,113.

**V.**

**WHEREFORE**, the Government prays that defendant **Marvel Francois** be brought before this Court on November 19, 2025, and a copy of this Rule be served upon her, and that she be ordered to show cause before this Court why her term of probation, which commenced on March 22, 2023, should not be revoked for her failure to abide by the terms of her supervised release.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

 /s/ *Brian M. Klebba*
BRIAN M. KLEBBA
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3079
E-Mail: brian.klebba@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 */s/ Brian M. Klebba*
BRIAN M. KLEBBA
Assistant United States Attorney