MINUTE ENTRY
AFRICK, J.
NOVEMBER 19, 2025
JS10 -  00:07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NO. 20-80 |
| MARVEL FRANCOIS | SECTION   "I" |

COURT REPORTER:   Jodi Simcox
COURTROOM DEPUTY:   Bridget Gregory

APPEARANCES:    Brian Klebba, Counsel for the government
                Maura Doherty, Counsel for the defendant
                Marvel Francois, Defendant

## RULE TO REVOKE PROBATION HEARING

Defendant stipulated to the violations listed in the probation dispositional report.
Statements by the defendant and counsel.
The Court found by a preponderance of the evidence that the defendant violated the terms of her probation.
Defendant was reprimanded by the Court.
The Court did not revoke defendant's probation.
The defendant shall continue on probation.