**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.  20-80** |
| **v.** | * | **SECTION: "I"** |
| **MARVEL FRANCOIS** | * | |

*   *   *

<u>**RULE TO REVOKE PROBATION**</u>

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, and respectfully represents:

On October 27, 2020, defendant Marvel Francois ("Francois") entered a plea of guilty to Count 1 of the Indictment charging her with Conspiracy to Commit Mail Fraud in violation of Title 18, United States Code, Section 1341. Rec. Doc. 1, 118.  On March 22, 2023, Francois was sentenced to sixty (60) months of probation. Rec. Doc. 591. Francois' conditions of probation were amended on July 5, 2023, to correct the amount of restitution owed to Gallagher Basset Services and to include Stacie Wheaten, adjudged joint and several obligor in Eastern District of Louisiana ("EDLA") Criminal No. 22-22. *See* EDLA Criminal No. 22-22, Rec. Doc. 296; *see also* Rec. Doc. 636, 647.

Francois violated the terms of her probation and the government moved to revoke same on October 10, 2025. Rec. Doc. 767. On November 19, 2025, Francois stipulated to the violations listed in the probational dispositional report and was reprimanded by the Court. Rec. Doc. 776. The Court did not revoke her probation. *Id*.

On July 8, 2026, the United States Probation Office ("USPO") for the EDLA received a National Crime Information Center ("NCIC") notification indicating that an arrest warrant from

the Louisiana State Police ("LSP") had been issued for Francois. The EDLA USPO contacted the LSP to verify the information and obtain supporting documentation.

According to an investigative report prepared by the LSP Insurance Fraud and Auto Theft Unit, Francois was the subject of an investigation concerning alleged automobile insurance fraud involving pre-existing damage to her 2016 Buick Verano. The investigation determined that the vehicle had sustained front bumper damage during a prior accident reported to Progressive Insurance on October 8, 2024. On October 14, 2024, Progressive Insurance issued Francois a property damage settlement of $2,611.50 for the front bumper damage.

On September 17, 2025, a Go Auto Insurance policy providing liability, comprehensive, and collision coverage became effective for Francois' vehicle. Thereafter, a claim was submitted to Go Auto alleging that the vehicle sustained front end damage during a reported single vehicle incident on September 28, 2025. In connection with the Go Auto claim, Francois provided photographs depicting the vehicle's front bumper damage. Francois stated that the vehicle had been repaired following the prior accident but was unable to identify where the repairs were completed. Go Auto estimated the claimed repairs at $3,237.54, before application of the $500 deductible, but subsequently denied coverage and closed the claim. Based on the investigation, LSP concluded that Francois acted with the intent to defraud Go Auto Insurance by claiming pre-existing damage to the 2016 Buick Verano in the amount of $3,237.54. The investigator further concluded that Francois knowingly made material misrepresentations in an attempt to deceive Go Auto Insurance regarding the vehicle's front bumper damage which existed before the insurance policy became effective. A warrant was issued for one count of automobile insurance policies fraud, a violation of Louisiana Revised Statute § 22:1925.

The government respectfully submits that Francois' conduct is a violation of Mandatory Condition No. 1 listed in the July 5, 2023, amended judgment in that she "must not commit another federal, state, or local crime." Rec. Doc. 647.  A violation of Louisiana Revised Statute § 22:1925 is a felony, and moreover, Francois pled guilty in the instant case to conduct which involved, *inter alia*, defrauding car insurance companies by submitting false claims.

WHEREFORE, the government requests that Francois be brought before this Court, a copy of this Rule be served upon her, and that she be ordered to show cause before this Court why the remaining term of her probation should not be revoked for her failure to abide by the terms of same.

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY


*s/Mary Ellen Buntin*
MARY ELLEN BUNTIN
Assistant United States Attorney
Louisiana Bar Roll Number 39758
650 Poydras Street, Suite 1600
New Orleans, Louisiana  70130
Email:  Mary.Ellen.Buntin@usdoj.gov
Telephone: (504) 680-3037


## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*s/Mary Ellen Buntin*
MARY ELLEN BUNTIN
Assistant United States Attorney

3